UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC.,<br>PINNACLE HIP IMPLANT PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2244 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –95)**

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 610 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2244

### SCHEDULE CTO–95 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| ALN | 2 | 12–02796 | Clark v. Johnson & Johnson Inc et al |
| ALN | 2 | 12–02797 | Gunn v. Johnson & Johnson Inc et al |

**CALIFORNIA CENTRAL**

| CAC | 2 | 12–07890 | Dalana P. Crawford v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07891 | Erika Slavin v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07894 | Lynn Long v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07896 | Kendra Patton v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07897 | Terrianne Montgomery v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07899 | Dale R. Fair et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07900 | Evelyn Stone et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07903 | Debra Crone v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07904 | Judith A. Smith v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07907 | Janet Trevathan v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07909 | Michael Ostrowski v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07937 | Deborah Tenorio v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07940 | Verna Clark et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07942 | Jeffrey Rumsey v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07947 | Bettron B. Jones v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07948 | Saijaad Ali et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07949 | Herman Wright et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07954 | Bonney J. Elliott v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07956 | Larry Burke v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07958 | Mark Hidalgo et al v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 12–07987 | Williams Pike et al v. DePuy Orthopaedics Inc et al |

**MASSACHUSETTS**

| MA | 1 | 12–11036 | Scannell v. DePuy Orthopaedics, Inc. et al |

**MONTANA**

| | | | |
|---|---|---|---|
| MT | 9 | 12–00120 | Howard v. DePuy Orthopaedics, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 12–00866 | Lee v. DePuy Orthopaedics, Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 1 | 12–00027 | Bell v. DePuy Orthopaedics et al |
| UT | 1 | 12–00028 | Singleton v. DePuy Orthopaedics et al |
| UT | 1 | 12–00164 | Nielsen v. DePuy Orthopaedics et al |
| UT | 2 | 12–00186 | Wright v. DePuy Orthopaedics et al |